# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05698

Sheriff's Sale Date: _____

v.

ANA E. RIVERA AKA ANA RIVERA; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANA E. RIVERA the above process on the 26 day of February, 2017, at 9:37 o'clock, AM, at 844 EAST MADISON STREET PHILADELPHIA, PA 19134, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy to the Defendant(s)

Description: Approximate Age 46-50   Height 5'6   Weight 185   Race HISPANIC   Sex FEMALE   Hair BLACK
Military Status: [✓] No   [ ] Yes   Branch: _____

Commonwealth/State of  Pa            )
                                     ) SS:
County of   Berks                    )

Before me, the undersigned notary public, this day, personally, appeared _Shannon Beckier_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158091
Case ID #:4813643

Subscribed and sworn to before me
this _6_ day of _Mar_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017